UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN STEVEN WALKER, )
 )
      Plaintiff, )
 )
v. ) Case No. 3:05-0153
 ) Judge Echols
FAIRFIELD RESORTS, INC., )
a/k/a FAIRFIELD RESORT )
COMMUNITIES, INC., and )
FAIRFIELD COMMUNITIES, INC., )
 )
      Defendants. )

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants Fairfield Resorts, Inc. a/k/a Fairfield Resort Communities, Inc., and Fairfield Communities, Inc.'s "Motion for Summary Judgment" (Docket Entry No. 24) is hereby GRANTED;

(2) Defendants' "Motion to Strike" (Docket Entry No. 30) is hereby DENIED;

(3) Plaintiff's "Motion" for a *nunc pro tunc* Order (Docket Entry No. 34) is hereby DENIED AS MOOT; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure

58 and 79(a).

It is so ORDERED.

/s/ Robert L. Echols
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE